IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-41111
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

NOE VELASQUEZ-GONZALEZ, also
known as Rafael Velasquez,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. B-99-CR-150-1
--------------------
June 14, 2000

Before JOLLY, DAVIS, and STEWART, Circuit Judges.

PER CURIAM:[*]

    The Federal Public Defender appointed to represent Noe
Velasquez-Gonzalez has moved for leave to withdraw and has filed
a brief as required by Anders v. California, 386 U.S. 738 (1967).
Velasquez has received a copy of counsel's motion and brief and,
in response, has filed a motion to proceed pro se on appeal.  His
motion did not state any nonfrivolous issues that he wished to
argue on appeal.

    Our independent review of counsel's brief and the record

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

discloses no nonfrivolous issue.  Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  See 5th Cir. R. 42.2.

Because the record reveals no nonfrivolous issues that Velasquez could argue on appeal, his motion to proceed pro se on appeal is DENIED as moot.